

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2018

No. 04-18-00734-CR

Brandy Darlene **AIELLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR1259W
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

On October 11, 2018, appellant filed a motion for leave to file notice of appeal complaining of the trial court's denial of her motion to withdraw plea signed on July 9, 2018. Absent a timely motion for new trial, the notice of appeal was due August 8, 2018, and a motion for extension of time to file the notice of appeal was due August 23, 2018. *See* TEX. R. APP. P. 26.2(a)(1); R. 26.3. Appellant's notice of appeal is thus late. Absent a timely notice of appeal, this court lacks jurisdiction over the appeal. *See Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).

Accordingly, it is ORDERED that appellant show cause in writing within 30 days from the date this order why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are SUSPENDED pending our resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2018.



Keith E. Hottle
Clerk of Court